```
Michael J. Wise, Bar No. 143501
MWise@perkinscoie.com
Lauren Sliger, Bar No. 213880
LSliger@perkinscoie.com
Lara J. Dueppen, Bar No. 259075
LDueppen@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399
```

FILED
2012 JUN 22 PM 2:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Attorneys for Plaintiff
RUYAN INVESTMENT (HOLDINGS) LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUYAN INVESTMENT (HOLDINGS) LIMITED, a British Virgin Islands company,<br><br>Plaintiff,<br><br>v.<br><br>VAPOR CORP., a Nevada corporation,<br><br>Defendant. | Case No. CV12-5466-ODW (Ex)<br><br>**NOTICE OF RELATED CASES**<br><br>L.R. 83-1.3.1 |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE:

Pursuant to Local Rule 83-1.3.1, the above-captioned case is related to the actions entitled *Ruyan Investment (Holdings) Limited v. Smoking Everywhere, et al.*, Case No. CV11-0367 GAF (FFMx) and *Ruyan Investment (Holdings) Limited v. Vapor Corp., et al.*, Case No. CV11-6268 GAF (FFMx) (the "previously filed actions"), both of which assert U.S. Patent No. 7,832,410 ("the '410 Patent"), a patent directed to electronic cigarette technology.

The instant action is a patent infringement case filed by Ruyan Investment (Holdings) Limited ("Ruyan") against Defendant Vapor Corp. In the complaint, Ruyan alleges that Defendant infringes U.S. Patent No. 8,156,944 ("the '944 Patent"), a patent also directed to electronic cigarette technology. Ruyan is asserting the '944 Patent in additional complaints being filed concurrently herewith.

The instantly filed actions will likely call for the determination of substantially similar questions of law and fact, including issues relating to the construction of terms in the '944 Patent and issues relating to the validity and enforceability of the '944 Patent. In addition, the instantly filed action regarding the '944 Patent and the previously filed action CV11-6268 regarding the '410 Patent both involve the same patent owner, Ruyan, and Defendant Vapor Corp., the technology of electronic cigarette devices, and may have similar issues regarding claim construction.

WHEREFORE, Ruyan respectfully asserts that this action is related to Case Nos. CV11-0367 GAF (FFMx), CV11-6268 GAF (FFMx) and the additional cases being filed concurrently, and judicial economy would be promoted by assigning the action for coordinated management to the Courtroom of the Honorable Gary A. Feess.

DATED: June 22, 2012

Respectfully submitted,

**PERKINS COIE** LLP

By: *Michael J. Wise*/ss
     Michael J. Wise

Attorneys for Plaintiff
*RUYAN INVESTMENT (HOLDINGS) LIMITED*