James R. Wakefield, Esq. (Bar No. 102024)
E-mail: jwakefield@cwlawyers.com
Iman Reza (Bar No. 245094)
E-mail: ireza@cwlawyers.com
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764
Telephone: (949) 852-1800
Facsimile: (949) 852-8510

Attorneys for Defendant
VAPOR CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUYAN INVESTMENT (HOLDINGS) LIMITED, a British Virgin Islands Company,<br><br>Plaintiff,<br><br>vs.<br><br>VAPOR CORP., a Nevada Corporation,<br><br>Defendant. | Case No. 2:12-cv-5466-GAF-FFM<br><br>**DECLARATION OF HARLAN PRESS IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER**<br><br>Hon. Gary A. Feess<br>Hearing Date: September 10, 2012<br>Time: 9:30 a.m.<br>Location: 740 Roybal |

I, Harlan Press, declare under penalty of perjury that the following is true and correct:

1. I am the Chief Financial Officer of defendant Vapor Corp. ("Vapo r"). I have personal knowledge of the matter stated herein, and if called upon to do so, I could and would competently testify hereto.

2. Vapor is a publicly traded company incorporated under Nevada law with its principal place of business in Dania Beach, Florida. The complaint in this case erroneously alleges that Vapor is a California corporation. Attached as Ex. 1 is a true and correct copy of public records from the Nevada Secretary of State showing that Vapor is incorporated under the laws of Nevada.

3. My understanding is that Ruyan is a foreign corporation headquartered in Hong Kong. My understanding is that Ruyan's inventor and other fact witnesses are located outside the United States, in Hong Kong. (*See, e.g.*, Ex. 2).

4. Vapor does not have any offices, officers, employees or documents located in California. Vapor's witnesses and documents in this case will be found in Florida, not California.

5. All business decisions by Vapor regarding the products accused of infringing the patent-in-suit were made in the Southern District of Florida.

6. The Southern District of Florida is a more convenient forum than the Central District of Florida would be for hearing this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2012 at Dania Beach, Florida.

____________________________
Harlan Press