# EXHIBIT 1

**DECLARATION OF HARLAN PRESS IN SUPPORT OF DEFENANT'S MOTION TO TRANSFER**

# VAPOR CORP.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 7/17/1985 |
| Type: | Domestic Corporation | Entity Number: | C4776-1985 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2013 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19851011652 | Business License Exp: | 7/31/2013 |

## Additional Information

| | |
|---|---|
| Central Index Key: | 0000844856 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY OF NEVADA | Address 1: | 311 S DIVISION ST |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 251,000.00 |
| Par Share Count: | 250,000,000.00 | Par Share Value: | $ 0.001 |
| Par Share Count: | 1,000,000.00 | Par Share Value: | $ 0.001 |

## Officers                                                      ☐ Include Inactive Officers

**Secretary - KEVIN FRIJA**

| | | | |
|---|---|---|---|
| Address 1: | 4401 NW 167TH ST | Address 2: | |
| City: | MIAMI GARDENS | State: | FL |
| Zip Code: | 33055 | Country: | USA |
| Status: | Active | Email: | |

**President - KEVIN FRIJA**

| | | | |
|---|---|---|---|
| Address 1: | 4401 NW 167TH ST | Address 2: | |
| City: | MIAMI GARDENS | State: | FL |
| Zip Code: | 33055 | Country: | USA |
| Status: | Active | Email: | |

| Treasurer - KEVIN FRIJA | | | |
|---|---|---|---|
| Address 1: | 4401 NW 167TH ST | Address 2: | |
| City: | MIAMI GARDENS | State: | FL |
| Zip Code: | 33055 | Country: | USA |
| Status: | Active | Email: | |
| Director - KEVIN FRIJA | | | |
| Address 1: | 4401 NW 167TH ST | Address 2: | |
| City: | MIAMI GARDENS | State: | FL |
| Zip Code: | 33055 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | C4776-1985-001 | # of Pages: | 6 |
| File Date: | 7/17/1985 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-003 | # of Pages: | 3 |
| File Date: | 9/4/1985 | Effective Date: | |
| CAPITAL STOCK WAS 500,000,000 AT .002 PAR VALUE | | | |
| CONSOLIDATED MINING INTERNATIONAL, INC. Bmt 001 | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-004 | # of Pages: | 6 |
| File Date: | 9/24/1986 | Effective Date: | |
| AGREEMENT OF MERGER, MERGING MERCUR INTERNATIONAL, INC. ( A UTAH CORP.) INTO THIS CORP. | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-005 | # of Pages: | 2 |
| File Date: | 5/12/1987 | Effective Date: | |
| CAPITAL STOCK WAS 100000 | | | |
| MERCUR INTERNATIONAL, INC. BJ%[} 002 | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C4776-1985-006 | # of Pages: | 1 |
| File Date: | 9/1/1987 | Effective Date: | |
| GATEWAY ENTERPRISES, INC. | | | |
| 2050 ELLIS WAY ELKO NV 89801 | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-007 | # of Pages: | 9 |
| File Date: | 11/2/1987 | Effective Date: | |
| CERTIFICATE OF OWNERSHIP: MERGING P.M. & K. CORPORATION, (A DELAWARE CORP.), NOT QUAL. IN NEVADA, INTO THIS CORP... | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-008 | # of Pages: | 2 |
| File Date: | 1/12/1989 | Effective Date: | |
| CAPITAL STOCK WAS 500000 | | | |

| 300,000,000,000 SHARES @ .0001 | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-009 | # of Pages: | 3 |
| File Date: | 2/1/1990 | Effective Date: | |
| CAPITAL STOCK WAS 300,000 DMF | | | |
| PAR VALUE IS: $.0001. DMF | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-010 | # of Pages: | 3 |
| File Date: | 4/12/1991 | Effective Date: | |
| CAPITAL STOCK WAS 25,000,000 @ .001 = $2,500. DMF | | | |
| CERTIFICATE OF AMENDMENT FILED INCREASING STOCK. THE $2,500 OF THE $2,002,500 | | | |
| IS 25,000,000 SHARES OF COMMON STOCK @ .0001 PAR VALUE. CHARGED FOR .001. | | | |
| THE $2,000,000 IS 1,000,000 SHARES PREFERRED @ $1.00. DMF | | | |
| Action Type: | Annual List | | |
| Document Number: | C4776-1985-016 | # of Pages: | 2 |
| File Date: | 8/6/1998 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C4776-1985-017 | # of Pages: | 2 |
| File Date: | 9/8/1999 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C4776-1985-011 | # of Pages: | 299 |
| File Date: | 10/29/1999 | Effective Date: | |
| CORPORATION TRUST COMPANY OF NEVAD KFA | | | |
| ONE EAST FIRST STREET RENO NV 89501 KFA | | | |
| Action Type: | Amendment | | |
| Document Number: | C4776-1985-012 | # of Pages: | 2 |
| File Date: | 5/9/2001 | Effective Date: | |
| REINSTATED-REVOKED 4-1-01 EJF | | | |
| Action Type: | Annual List | | |
| Document Number: | C4776-1985-014 | # of Pages: | 1 |
| File Date: | 7/24/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C4776-1985-015 | # of Pages: | 1 |
| File Date: | 8/7/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C4776-1985-013 | # of Pages: | 1 |
| File Date: | 7/15/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C4776-1985-002 | # of Pages: | 1 |
| File Date: | 7/8/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20050263896-01 | # of Pages: | 1 |
| File Date: | 7/6/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060378463-29 | # of Pages: | 1 |
| File Date: | 6/13/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070680692-20 | # of Pages: | 1 |
| File Date: | 10/4/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080697819-20 | # of Pages: | 1 |
| File Date: | 10/23/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090633809-80 | # of Pages: | 1 |
| File Date: | 8/24/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Amended & Restated Articles | | |
| Document Number: | 20090876898-97 | # of Pages: | 6 |
| File Date: | 12/22/2009 | Effective Date: | |
| Previous Stock Value: Par Value Shares: 1,000,000 Value: $ 2.00 No Par Value Shares: 0 ---------------------------------------------------------------- Total Authorized Capital: $ 2,000,000.00 New Stock Value: Par Value Shares: 250,000,000 Value: $ 0.001 Par Value Shares: 1,000,000 Value: $ 0.001 No Par Value Shares: 0 ---------------------------------------------------------------- Total Authorized Capital: $ 251,000.00 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100795863-91 | # of Pages: | 1 |
| File Date: | 10/22/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110453891-14 | # of Pages: | 1 |
| File Date: | 6/20/2011 | Effective Date: | |
| 11-12 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120493403-78 | # of Pages: | 1 |
| File Date: | 7/16/2012 | Effective Date: | |
| (No notes for this action) | | | |