# EXHIBIT 2

**DECLARATION OF HARLAN PRESS IN SUPPORT OF DEFENANT'S MOTION TO TRANSFER**

*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# Dragonite International Limited
# 叁 龍 國 際 有 限 公 司
*(incorporated in the Cayman Islands with limited liability)*
**(Stock Code: 329)**

## VOLUNTARY ANNOUNCEMENT

This is a voluntary announcement made by Dragonite International Limited (the "Company", together with its subsidiaries referred to as the "Group"). The purpose of this announcement is to keep the shareholders of the Company (the "Shareholders") and potential investors of the Company informed of the latest developments of the Company.

**Ten New Complaints for Patent Infringement Filed in United States District Court**

Ruyan Investment (Holdings) Limited, a wholly-owned subsidiary of the Company, filed ten new complaints on Friday, 22 June 2012 for infringement of United States Patent No. 8,156,944 (the "944 Patent") against (i) BARJAN LLC, a Delaware limited liability company, (ii) CB DISTRIBUTORS, INC., an Illinois corporation and DR DISTRIBUTORS, LLC, an Illinois limited liability company dba 21st CENTURY SMOKE, (iii) FINITI BRANDING GROUP, LLC, an Illinois limited liability company, (iv) LOEC, INC., a Delaware corporation, (v) LOGIC TECHNOLOGY DEVELOPMENT LLC, a New Jersey limited liability company, (vi) NICOTEK LLC, a Colorado limited liability company, (vii) THE SAFE CIG, LLC, a California limited liability company, (viii) SOTTERA, INC., a Nevada corporation, (ix) SPARK INDUSTRIES, LLC, a California limited liability company, and (x) VAPOR CORP., a Nevada corporation, (collectively, the "Defendants") in the United States District Court of the Central District of California.

The 944 Patent, recently granted in the United States and one of several patents in the Group's electronic cigarette intellectual property portfolio, is related to the fundamental architecture and functionality of the electronic cigarette. The above Defendants include the largest electronic cigarette companies operating in the United States at this time.

The Company will keep the Shareholders and potential investors of the Company informed of any material development in connection with the complaints herein mentioned by way of further announcement(s) as and when appropriate.

By order of the Board<br>
**Dragonite International Limited**<br>
**Gary Drew Douglas**<br>
*Managing Director*

Hong Kong, 26 June 2012

*As at the date of this announcement, the Board comprises the following Directors:*

| *Executive Directors* | *Independent non-executive Directors* |
|---|---|
| Mr. Wong Yin Sen *(Chairman)* | Mr. Chung Yuk Lun |
| Mr. Gary Drew Douglas *(Managing Director)* | Mr. Lam Man Sum, Albert |
| Ms. Chan Mee Sze | Mr. Liu Kwong Sang |
| Mr. Hon Lik | Mr. Ho Tak Fun |
| Mr. Lam Suk Ping | |